Joseph H. BROMLEY, Plaintiff in Error, v. Blakely D. McCAUGHN, Collector of Internal Revenue, Defendant in Error.

Circuit Court of Appeals, Third Circuit. December 21, 1929.

No. 3927.

Ira J. Williams, of Philadelphia,. Pa. (Brown & Williams, of Philadelphia, Pa., of counsel), for plaintiff in error.

Chas. T. Hendler, of Washington, D. C., for defendant in error.

Before BUFFINGTON and WOOLLEY, Circuit Judges, and McVICAR, District Judge.

PER CURIAM. Affirmed, on answers made by the Supreme Court of the United States to questions certified under section 239 of the Judicial Code (28 USCA § 346). 280 U. S. 124, 50 S. Ct. 46, 74 L. Ed. ——.

Edna CARNAHAN et al., Appellants, v. Charles A. PEABODY, Jr., as Trustee, etc., et al., Appellees.

Circuit Court of Appeals, Second Circuit. January 6, 1930.

No. 109.

Calvin I. Hoy, of St. Louis, Mo. (Evan B. Lewis, of Philadelphia, Pa., James A. Reed, of Kansas City, Mo., and Evans, Hunt & Rees, of New York City, of counsel), for appellants.

Carter, Ledyard & Milburn, of New York City (J. M. Richardson Lyeth and Leslie D. Dawson, both of New York City, of counsel), for appellee Astor.

Taylor, Blanc, Capron & Marsh, of New York City (George S. Mittendorf and Ramsey Clayton, both of New York City, of counsel), for appellees Peabody and Farmers' Loan & Trust Company.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM. Decree [31 F.(2d) 311] affirmed.

Ollie GAY, Appellant, v. UNITED STATES, Appellee.

Circuit Court of Appeals, Fifth Circuit. January 25, 1930.

No. 5640.

Charles D. Russell, of Savannah, Ga. (Russell & Herzog, of Savannah, Ga., on the brief), for appellant.

Charles L. Redding, U. S. Atty., of Savannah, Ga.

Before BRYAN and FOSTER, Circuit Judges, and GRUBB, District Judge.

PER CURIAM. The judgment in the above numbered and entitled cause is affirmed.

Israel GOODMAN and Aaron Goodman, Copartners, Doing Business under the Firm Name and Style of Goodman Bros., Appellees, v. UNION INDEMNITY COMPANY, Appellant.

Circuit Court of Appeals, Second Circuit. December 2, 1929.

No. 33.

Bernard J. Vincent, of New York City, for appellant.

Prince & Loeb, of New York City (Sidney J. Loeb, of New York City, of counsel), for appellees.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM. Judgment affirmed.